USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA, et al.,

                               Plaintiff(s),

   - against -

OMNI CONTRACTING COMPANY, INC.,
et al.,

                              Defendant(s).
-----------------------------------------------------------x

**ORDER**

19 Civ. 1253 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

     In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, it is hereby

     ORDERED that **the Show Cause Hearing scheduled for July 31, 2020 at 12:15 pm be converted from an in-person conference to a teleconference**.

     To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.**

     In preparation for and while engaging in a teleconference, please follow these guidelines:

     1. Use a landline whenever possible.

     2. Use handset rather than speakerphone.

3. Identify yourself each time you speak.

4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.

5. **Mute** when not speaking to eliminate background noise, i.e., dog barking, kids playing, sirens, papers shuffling, emails pinging, drinking, breathing. It all comes through. This will also prevent interruptions.

6. Avoid voice-activated systems that don't allow the speaker to know when someone else is trying to speak and they cut off the beginning of words.

7. Spell proper names.

8. Have judge confirm reporter is on the line.

9. If someone hears beeps or musical chimes, that means someone has either come in or left the conference. Please be aware that the judge may need to clarify that the reporter has not lost the line. (This has happened before, and the reporter had to dial back in and tell the judge the last thing that the court reporter transcribed.)

Plaintiffs' counsel is directed to serve a copy of this Order on Defendants by overnight mail and file proof of service.

SO ORDERED.

Dated: White Plains, New York
July 27, 2020

_____
Hon. Nelson S. Román, U.S.D.J.