UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and UNITED STATES FIDELITY AND GUARANTY COMPANY,

    Plaintiff,

v.

OMNI CONTRACTING COMPANY, INC. and HALEEM ZIHENNI,

    Defendants.

Civil Action No. 7:19-cv-01253-NSR

ECF Case

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2021

    The Court grants Plaintiffs', Travelers Casualty and Surety Company of America, St. Paul Fire and Marine Insurance Company, and United States Fidelity and Guaranty Company (collectively "Travelers" or "Plaintiffs"), motion for default judgment, and the Clerk of the Court is directed to enter judgment against Defendants Omni Contracting Company, Inc., and Haleem Zihenni in the amount of $485,909.57 which has been calculated as follows: (1) $350,000.00 in principal outstanding Indebtedness; (2) $37,347.33 in attorneys' fees and costs; and (3) $98,562.04 in interest calculated at a rate of 9% per annum from January 1, 2017 through December 11, 2019 (the date of Plaintiff's motion) in accordance with Section 5004 of the New York CPLR.

Dated: July 23, 2021
      White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge